IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN O. ORDAZ,** | Case No. 15-cv-00945-VC |
| Petitioner, | **[PROPOSED] ORDER** AS MODIFIED |
| v. | |
| **P. D. BRAZELTON, Warden,** | |
| Respondent. | |

On application of counsel and good cause appearing, the time to file the response to the habeas petition is extended to and including August 6, 2015. Petitioner's traverse is due 30 days thereafter.

Dated: May 28, 2015

_____
The Honorable Vince Chhabria
United States District Judge

1

[Proposed] Order (15-cv-00945-VC)